```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ALLSTAR MARKETING GROUP, LLC,                       :
                                                    :
                        Plaintiff,                  :
                                                    :            21 Civ. 5857 (JPC)
        -v-                                         :
                                                    :                 ORDER
AOYATEX CO., LTD., et al.,                          :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On July 12, 2021, the Court entered a Temporary Restraining Order against Defendants (the "July 12, 2021 Order"). Under Rule 65(b)(2) of the Federal Rules of Civil Procedure, the injunctive relief ordered in the July 12, 2021 Order was set to expire on July 26, 2021. For reasons stated at the July 26, 2021 hearing, the Court finds good cause under Rule 65(b)(2) to extend the expiration of that relief to August 9, 2021.

      At the July 26, 2021 hearing, Plaintiff notified the Court that service has been made on Defendants. Accordingly, Defendants are ordered to show cause before this Court in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on August 9, 2021, at 9:00 a.m., why a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure should not be issued against them. Plaintiff is directed to file a proposed preliminary injunction order with the Court, and to serve that proposed order on Defendants, by July 30, 2021. Defendants' opposition papers shall be filed with the Court and served on Plaintiff's counsel by no later than August 2, 2021. Plaintiff's reply papers, if any, shall be filed with the Court and served on Defendants by August 5, 2021.

The Clerk of Court is respectfully directed to unseal all filings in this case, including the transcript from the July 12, 2021 hearing..

SO ORDERED.

Dated: July 26, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge